| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | Eric B. Fastiff (State Bar No. 182260) |
| 2 | Brendan P. Glackin (State Bar No. 199643) |
| | Andrew S. Kingsdale (State Bar No. 255669) |
| 3 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | Embarcadero Center West |
| 4 | 275 Battery Street, Ste 3000 |
| | San Francisco, CA 94111-3339 |
| 5 | (415) 956-1000 |

Counsel for Plaintiff Diversified Foods and Seasonings, Inc., Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SK FOODS L.P., INTRAMARK USA, INC., and RANDALL LEE RAHAL, <br><br> Defendants. | Case No. 2:08-cv-03074-MCE-EFB <br><br> **STIPULATION AND ORDER RE: ACCEPTING SERVICE** <br> **OF PROCESS OF COMPLAINT AND** <br> **EXTENDING DATE FOR RESPONSE** |

WHEREAS, on December 18, 2008, Plaintiff Diversified Foods and Seasonings, Inc. ("Diversified") filed a Class Action Complaint ("Complaint") in the above-captioned action; and,

WHEREAS, this is the first extension requested by parties to this action;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Diversified and Defendants Intramark USA, Inc. ("Intramark") and Randall Lee Rahal ("Rahal") as follows:

1. Christopher D. Adams, attorney of record for Intramark and Rahal, shall accept service of process on behalf of Intramark and Rahal of the Complaint.

2. The time for Intramark and Rahal to respond to the Complaint is extended to March 2, 2009.

3. In the event Intramark or Rahal responds to a complaint in any related case before

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

March 2, 2009, then that Defendant also shall respond to the Complaint in the above-captioned action on that earlier date.

4. In the event Intramark or Rahal produce any documents, electronic data, or other information to any plaintiff in any civil related case, then that Defendant shall make such information immediately available to Plaintiff Diversified on the same terms and subject to the same conditions.

SO STIPULATED AND AGREED.

Dated: January 23, 2009                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

by:   */s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Andrew S. Kingsdale (State Bar No. 255669)
Embarcadero Center West
275 Battery St., Suite 3000
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Counsel for Plaintiff Diversified Foods and Seasonings, Inc., Individually and on behalf of all others similarly situated*

Dated: January 23, 2009                WALDER, HAYDEN & BROGAN

by: */s/ Christopher D. Adams (as authorized on 1/23/09)*
Christopher D. Adams

Christopher D. Adams
5 Becker Farm Road, Suite 3
Roseland, NJ 07068
Telephone: (973) 992-8300

*Counsel for Defendants Randall Lee Rahal and Intramark USA, Inc.*

**ORDER**

DATED: January 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com