UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.                          CR. NO. S-08-566 LKK

RANDALL LEE RAHAL,

          Defendant.
_____/
UNITED STATES OF AMERICA,

          Plaintiff,

     v.                          CR. NO. S-09-035 LKK

ROBERT WATSON,

          Defendant.
_____/
UNITED STATES OF AMERICA,

          Plaintiff,

     v.                          CR. NO. S-09-040 LKK

JAMES RICHARD WAHL, JR.,

          Defendant.
_____/

////

```
 1  UNITED STATES OF AMERICA,
 2                  Plaintiff,
 3         v.                            CR. NO. S-09-062 LKK
 4  JENNIFER LOU DAHLMAN,
 5                  Defendant.           NON-RELATED CASE ORDER
 6  _____/
```

The court is in receipt of the notice of related cases filed on February 18, 2009, in which a defendant in Four In One Company, Inc. v. SK Foods, et al., Case No. 2:08-cv-3017-MCE-EFB, states that the above-captioned cases are related to Case No. 08-cv-03017-MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH, and Case No. 09-cv-00240. After review of the cases, the court concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

IT IS SO ORDERED.

DATED: February 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2