Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
Andrew S. Kingsdale (State Bar No. 255669)
akingsdale@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Kenneth C. Mennemeier (State Bar No. 113973)
kcm@mgslaw.com
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:  (916) 553-4000
Facsimile:  (916) 553-4011

Counsel for Plaintiff Diversified Foods and Seasonings, Inc.,
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SK FOODS L.P., INTRAMARK USA, INC., and RANDALL LEE RAHAL,<br><br>Defendants. | Case No. 2:08-cv-03074-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF DIVERSIFIED FOODS AND SEASONINGS, INC.'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME**<br><br>Judge:        The Hon. Morrison C. England, Jr. |

PDF created with pdfFactory trial version www.pdffactory.com

1     FOUR IN ONE COMPANY, INC., on     Case No. 2:08-cv-03017-MCE-EFB
behalf of itself and all others similarly
2     situated,

3              Plaintiff,

4     v.

5     SK FOODS L.P., INGOMAR PACKING
COMPANY, LOS GATOS TOMATO
6     PRODUCTS, RANDALL RAHAL,
INTRAMARK USA, INCORPORATED,

7              Defendants.

8

9     BRUCE FOODS CORPORATION, on     Case No. 2:09-cv-00027-MCE-EFB
behalf of itself and all others similarly
10     situated,

             Plaintiff,
11
v.
12     SK FOODS LP; INGOMAR PACKING
COMPANY, LLC, LOS GATOS
13     TOMATO PRODUCTS, INTRAMARK
USA, INC. and RANDALL LEE
14     RAHALL,

15              Defendants.

16

17         Having considered the Ex Parte Application for Order Shortening Time submitted

18 by Plaintiffs Diversified Foods and Seasonings, Inc., and having reviewed all pleadings, files,

19 declarations and papers supplied by counsel, and good cause appearing therefor,

20         1.      The Court finds that Diversified Foods and Seasonings, Inc. has provided

21 satisfactory explanation for the need to issue an Order Shortening Time for the hearing on

22 Diversified Foods and Seasonings, Inc.'s Motion for Appointment of Interim Counsel and Liaison

23 Counsel.

24         2.      Diversified Foods' Motion for Appointment of Liaison and Co-Lead

25 Interim Counsel shall be scheduled for hearing on March 5, 2009, at 2:00 p.m., in Courtroom 7,

26 before the Honorable Morrison C. England, Jr.

27

28

PLAINTIFF DIVERSIFIED FOODS'S *EX PARTE* APPLICATION
FOR ORDER SHORTENING TIME
CASE NO. 2:08-CV-03074-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1        3.      Any party who wishes to oppose Diversified Foods' Motion for

2   Appointment of Interim Counsel and Liaison Counsel may electronically file and serve their

3   opposition papers no later than February 26, 2009.

4

5        **IT IS SO ORDERED**.

6

7   DATED: February 25, 2009

8                                                    _____

9                                                    MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

801745.1

PLAINTIFF DIVERSIFIED FOODS'S *EX PARTE* APPLICATION
FOR ORDER SHORTENING TIME
CASE NO. 2:08-CV-03074-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com