UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED,<br><br>　　　　Defendants.<br>_____/ | No. 2:08-cv-03017-MCE-EFB<br>Related to:<br>No. 2:08-cv-03074-MCE-EFB<br>No. 2:09-cv-00027-MCE-EFB<br>No. 2:09-cv-00148-MCE-EFB<br>No. 2:09-cv-00208-MCE-EFB<br><br>**RELATED CASE ORDER** |
| CLIFFSTAR CORPORATION, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SK FOODS L.P., INGOMAR PACKING COMPANY, LLC, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC., and RANDALL LEE RAHAL<br><br>　　　　Defendants.<br>_____/ | No. 2:09-cv-00442-WBS-JFM |

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1       The Court has received the Notice of Related Cases filed on
2  February 19, 2009.
3       Examination of the above-captioned civil actions reveals
4  that these actions are related within the meaning of Local Rule
5  83-123(a) (E.D. Cal. 1997).  The actions involve many of the same
6  defendants and are based on the same or similar claims, the same
7  property transaction or event, similar questions of fact and the
8  same questions of law, and would therefore entail a substantial
9  duplication of labor if heard by different judges.  Accordingly,
10 the assignment of the matters to the same judge is likely to
11 effect a substantial savings of judicial effort and is also
12 likely to be convenient for the parties.
13      The parties should be aware that relating the cases under
14 Local Rule 83-123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the action is
16 effected.  Under the regular practice of this court, related
17 cases are generally assigned to the district judge and magistrate
18 judge to whom the first filed action was assigned.
19      IT IS THEREFORE ORDERED that the actions denominated
20 <u>Cliffstar Corporation v. SK Foods, L.P., et al.</u> is reassigned to
21 Judge Morrison C. England, Jr. and Edmund F. Brennan for all
22 further proceedings, and any dates currently set in this
23 reassigned case only are hereby VACATED.  The Clerk of the Court
24 is to issue an Order Requiring Joint Status Report in the
25 reassigned case.  Henceforth, the caption on documents filed in
26 the reassigned case shall be shown as 2:09-cv-00442-MCE-EFB.
27 ///
28 ///

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: February 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com