| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | jsaveri@lchb.com |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | efastiff@lchb.com |
| 3 | Brendan P. Glackin (State Bar No. 199643) |
| | bglackin@lchb.com |
| 4 | Andrew S. Kingsdale (State Bar No. 255669) |
| | akingsdale@lchb.com |
| 5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 30th Floor |
| 6 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| 7 | Facsimile: (415) 956-1008 |
| 8 | Kenneth C. Mennemeier (State Bar No. 113973) |
| | kcm@mgslaw.com |
| 9 | MENNEMEIER, GLASSMAN & STROUD LLP |
| | 980 9th Street, Suite 1700 |
| 10 | Sacramento, CA 95814 |
| | Telephone: (916) 553-4000 |
| 11 | Facsimile: (916) 553-4011 |

Counsel for Plaintiff Diversified Foods and Seasonings, Inc.,
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SK FOODS L.P., INTRAMARK USA, INC., and RANDALL LEE RAHAL,<br><br>Defendants.<br><br>--[*caption continues next page*]— | Case No. 2:08-cv-03074-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF DIVERSIFIED FOODS AND SEASONINGS, INC.'S MOTION FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF ITS MOTION FOR APPOINTMENT OF LIAISON AND CO-LEAD INTERIM COUNSEL**<br><br>Judge: The Hon. Morrison C. England, Jr.<br>Date: March 5, 2009<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 7, 14th Floor |

803250.1

[PROPOSED] ORDER GRANTING PLTF'S MOTION FOR LEAVE TO
FILE A SURREPLY ISO MOTION FOR APPOINTMENT OF LIAISON
AND CO-LEAD INTERIM COUNSEL
CASE NO. 2:08-CV-03074-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SK FOODS L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED,<br><br>Defendants. | Case No. 2:08-cv-03017-MCE-EFB |
| BRUCE FOODS CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SK FOODS LP; INGOMAR PACKING COMPANY, LLC, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHALL,<br><br>Defendants. | Case No. 2:09-cv-00027-MCE-EFB |
| CLIFFSTAR CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SK FOODS LP; INGOMAR PACKING COMPANY, LLC, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHALL,<br><br>Defendants. | Case No. 2:09-cv-00442- MCE-EFB |

Having considered Plaintiff Diversified Foods and Seasonings, Inc.'s Motion for Leave to File a Surreply In Support of Motion for Appointment of Liaison and Co-Lead Interim Counsel, and good cause appearing, the Court holds that the Motion is **GRANTED**.

PDF created with pdfFactory trial version www.pdffactory.com

1   Within one day of this Order, Diversified Foods shall electronically file and serve
2   the surreply brief and supporting papers attached to the Motion for Leave.
3   **IT IS SO ORDERED**.
4   Dated: March 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com