UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SK FOODS, L.P., et al., <br><br> Defendants. <br><br> This Document Relates to All Consolidated Cases <br> 2:09-cv-00027-MCE-EFB <br> 2:08-cv-03074-MCE-EFB <br> 2:09-cv-00442-MCE-EFB | No. 2:08-cv-03017-MCE-EFB |

Pursuant to the request filed electronically by Class Plaintiffs on May 4, 2009, the Court now clarifies its Order, signed March 11, 2009, and electronically filed March 12, 2009, incorporates Plaintiffs' most recently filed request, and orders as follows.

1

Counsel in the above cases are directed to submit a Joint Status Report not later than one-hundred twenty (120) days after the Court's original March 11, 2009, Order, or sixty (60) days after a consolidated amended complaint is filed, should counsel choose to file such a consolidated amended complaint within the one-hundred twenty (120) day period following the date of the Court's original March 11, 2009, Order.

IT IS SO ORDERED.

Dated: May 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE