# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., et al., | 2:08-cv-03017-MCE-EFB |
| Plaintiffs, | **ORDER GRANTING ADDITIONAL TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** |
| v. | |
| SK FOODS, L.P., et al, | |
| Defendants. | |
| This Document Relates to All Consolidated Cases | |
| 2:09-cv-00027-MCE-EFB<br>2:08-cv-03074-MCE-EFB<br>2:09-cv-00442-MCE-EFB | |

Pursuant to the letter request filed electronically by Class Plaintiffs on June 30, 2009, and good cause appearing therefor, the Court hereby extends the date within which Plaintiffs may file a consolidated amended complaint in this matter from July 8, 2009 to and including September 8, 2009.

Counsel in the above cases are directed to submit a Joint Status Report not later than sixty (60) days after a consolidated amended complaint is filed, should counsel choose to file such a consolidated amended complaint, or, if no consolidated amended complaint is filed, within the one-hundred eighty (180) day period following the date of the Court's original March 11, 2009, Order re: Consolidation.

IT IS SO ORDERED.

DATED: July 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HAUSFELD LLP
ATTORNEYS AT LAW
SAN FRANCISCO