Michael P. Lehmann
Arthur N. Bailey, Jr.
**HAUSFELD LLP**
600 Montgomer Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-49800
mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

*Class Counsel*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DIVERSIFIED FOODS AND SEASONING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | Case No. 08-cv-03074 KJM EFB<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS INGOMAR PACKING COMPANY, GREGORY PRUETT, LOS GATOS TOMATO PRODUCTS AND STUART WOOLF**<br><br>Place:   Courtroom 3<br>Judge:   Hon. Kimberly J. Mueller |

WHEREAS, on March 12, 2009, an Order was entered consolidating the class action cases *Four in One Company v. SF Foods, LP, et al*. (Case No. 2:08-cv-03017-KJM-EFB), *Diversified Foods and Seasoning, Inc. v. SK Foods, et al.* (Case No. 2:08-cv-03074 KJM-EFB), *Bruce Foods Corporation v. SK Foods, LP, et al*. (Case No. 2:09-cv-00027-KJM-EFB), and *Cliffstar Corporation v. SK Foods, LP, et al.* (Case No. 2:09-cv-00442-KJM-EFB) for pretrial purposes ("the Consolidated Cases"); and

| | |
|---|---|
| 1 | WHEREAS on March 20, 2009 Hausfeld LLP and Quinn Emanuel were appointed as |
| 2 | Interim Co-Lead Counsel ("Class Counsel") for the Consolidated Cases and a Consolidated Class |
| 3 | Action Complaint was filed on November 9, 2009; and |
| 4 | WHEREAS, on August 18, 2014, the Court issued an Amended Order Granting Plaintiffs' |
| 5 | Motion for Final Approval of Class Settlement between Class Counsel and Defendants Ingomar |
| 6 | Packing Company, Gregory Pruett, Los Gatos Tomato Products, and Stuart Woolf ("the Settled |
| 7 | Defendants") in the lead case *Four in One Company v. SF Foods, LP, et al*. (Case No. 2:08-cv- |
| 8 | 03017-KJM-EFB) resolving all claims in the Consolidated Class Action Complaint as to the |
| 9 | Settled Defendants; and |
| 10 | WHEREAS, all funds from the Class settlements with the Settled Defendants have been |
| 11 | paid and distributed to the Class, and the only funds left to be distributed to the Class are those |
| 12 | pursuant to the Bankruptcy Plan in the Chapter 11 bankruptcy action filed by Defendant SK |
| 13 | Foods, L.P. in the United States Bankruptcy Court for the Eastern District of California (Case No. |
| 14 | 09-29162-D-11); and |
| 15 | WHEREAS, on August 7, 2017, the Court issued a Final Judgment Order in lead case |
| 16 | *Four in One Company v. SF Foods, LP, et al*. (Case No. 2:08-cv-03017-KJM-EFB) dismissing on |
| 17 | the merits and with prejudice the Consolidated Class Action Complaint against the Settled |
| 18 | Defendants; |
| 19 | NOW THEREFORE, the parties hereby stipulate, subject to this Court's approval, that the |
| 20 | Settled Defendants be dismissed with prejudice from this action. The action remains active and |
| 21 | pending as to Defendants SK Foods, L.P. and Scott Salyer. |

DATED:  April 10, 2019         By:  */s/ Arthur N. Bailey, Jr.*
                               Michael P. Lehmann
                               Arthur N. Bailey, Jr.
                               HAUSFELD LLP
                               600 Montgomer Street, Suite 3200
                               San Francisco, CA  94111
                               Telephone:  (415) 633-1908
                               Facsimile:  (415) 358-49800
                               mlehmann@hausfeldllp.com
                               abailey@hausfeldllp.com

| | | |
|---|---|---|
| 1 | DATED: April 10, 2019 | By: */s/ Steig Olson* (as authorized on 4/9/2019)<br>Stephen R. Neuwirth<br>Steig Olson<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>stephenneuwirth@quinnemanuel.com<br>steigolson@quinnemanuel.com<br><br>*Class Counsel* |
| 8 | DATED: April 10, 2019 | By: */s/ Sujal Shah* (as authorized on 4/9/2019)<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market Street, Spear Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>Sujal.shah@morganlewis.com<br><br>*Attorneys for Defendant Ingomar Packing Company* |
| 15 | DATED: April 10, 2019 | By: */s/ George A. Nicoud III* (as authorized on 4/9/2019)<br>George A. Nicoud III<br>GIBSON DUNN & CRUTCHER, LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>tnicoud@gibsondunn.com<br><br>*Attorneys for Defendant Los Gatos Tomato Products* |
| 22 | DATED: April 10, 2019 | By: */s/ Miles Ehrlich* (as authorized on 4/9/2019)<br>Miles Ehrlich<br>RAMSEY & EHRLICH LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060<br>miles@ramsey-ehrlich.coom<br><br>*Attorneys for Defendant Greg Pruett* |

| | | |
|---|---|---|
| DATED: April 10, 2019 | By: | <u>*/s/ William Farmer*</u> (as authorized on 4/9/2019) |

William Farmer
FARMER BROWNSTEIN JAEGER & GOLDSTEIN LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 962-2877
Facsimile: (415) 520-5678
wfarmer@fbj-law.com

*Attorneys for Defendant Stuart Woolf*

---

**STIPULATION AND ORDER**     - 4 -     CASE NO. 08-CV-03074

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The Court hereby dismisses with prejudice Defendants Ingomar Packing Company, Gregory Pruett, Los Gatos Tomato Products and Stuart Woolf.

IT IS SO ORDERED.

DATED: April 16, 2019

_____
UNITED STATES DISTRICT JUDGE